STATE v. BROWN

No. 155P00

Case below: 136 N.C.App. 848

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

STATE v. COBLE

No. 446PA99

Case below: 351 N.C. 448

Motion by defendant for entry of the Court's mandate allowed 17 April 2000.

STATE v. DREW

No. 169P00

Case below: 131 N.C.App. 701

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000.

STATE v. EVANS

No. 141A00

Case below: 137 N.C.App. 177

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 4 May 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7a-31 denied 4 May 2000.

STATE v. FULMORE

No. 114P00

Case below: 136 N.C.App. 668

Defendant's notice of appeal based upon a dissent treated as a petition for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 4 May 2000.